IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA NICHOLSON | : | CIVIL ACTION |
| | : | |
| v. | : | NO.   12-6984 |
| | : | |
| JC SYSTEM, INC. | : | |

### NOTICE

To:   Counsel of Record

TAKE NOTICE that a status **Telephone Conference re: settlement matters** is scheduled in the above-captioned matter with Magistrate Judge David R. Strawbridge for **Wednesday, May 22, 2013 at 4:30 p.m.**  Counsel for the plaintiff is directed to initiate and this call and dial Chambers at 267-299-7790 when all counsel are on the line.

/s/ Lori K. DiSanti
Lori K. DiSanti
Deputy Clerk
267-299-7790 - phone

Date:   4/9/13

-Notice filed via ECF