IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DEBRA NICHOLSON | CIVIL ACTION |
|---|---|
| v. | NO. 12-6984 |
| IC SYSTEM, INC. | |

## ORDER

**AND NOW, TO WIT:** This 19th day of Dec, 2013, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

MICHAEL E. KUNZ, Clerk of Court

BY: _____
Joanne B. Bryson
Deputy Clerk

cc:  Gregory Gorski, Esquire (ggorski@consumerlawfirm.com)
     Mark D. Mailman, Esquire (mmailman@consumerlawfirm.com)
     Ronald M. Metcho, II, Esquire (rmmetcho@mdwcg.com)

O:\CIVIL 12\12-6984 NICHOLSON V. IC SYSTEM\12CV6984.41B.DOC